IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES L. NEMEC and
POLLY A. NEMEC

        JUDGMENT IN A CIVIL CASE

    Appellants,

        Case No. 13-cv-593-wmc

v.

THE BANK OF NEW YORK MELLON,
f/k/a THE BANK OF NEW YORK and
BANK OF AMERICA, N.A.,

    Appellees.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

| /s/ | 3/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |