## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES L. NEMEC and
POLLY A. NEMEC

      Appellants,

v.

THE BANK OF NEW YORK MELLON,
f/k/a THE BANK OF NEW YORK and
BANK OF AMERICA, N.A.,

      Appellees.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-593-wmc

---

     This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

| /s/ | 3/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |